**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Alexander H. Southwell
Direct: +1 212.351.3981
Fax: +1 212.351.6281
ASouthwell@gibsondunn.com

March 11, 2016

VIA ECF AND FACSIMILE

The Honorable Paul G. Gardephe
United States District Court for the
Southern District of New York
40 Foley Square, Courtroom 705
New York, N.Y. 10007

Re:  Plaintiff's First Request for an Extension of Time to Serve Complaint and Summons in *Uggla v. Does 1-10*, No. 15 Civ. 9567 (S.D.N.Y.)

Dear Judge Gardephe:

Plaintiff respectfully requests a ninety-day extension of time to serve the Complaint and summons pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. As more fully set forth in the Complaint and my letter to the Court earlier today (*see* Dkt. No. 7), despite diligent efforts, Plaintiff has not yet discovered sufficient concrete information about Defendants' names or locations to effectuate service. Accordingly, Plaintiff submits his first request for an extension of time to serve Defendants. I apologize for not including this request in my prior letter, and for inconveniencing the Court with additional correspondence.

Respectfully submitted,

*[signature]*

Alexander H. Southwell